# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CLARENCE R. LOGUE, JR.                                                                PLAINTIFF

v.                                        No. 4:22-CV-00621-LPR

SUSAN POTTS, Jail Administrator,
Drew County Detention Facility, et al.                                                DEFENDANTS

## ORDER

On July 5, 2022, Clarence R. Logue, Jr. ("Logue"), then an inmate in the Drew County Detention Facility ("DCDF"), filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (Doc. 2).

On August 1, 2022, Logue filed a Notice of Change of Address. (Doc. 6). Then, on August 8, 2022, he filed a tentative "Motion to Dismiss Without Prejudice," along with a letter stating that: (1) he had bonded out of the DCDF; (2) he had an upcoming cardiology appointment scheduled for August 16, 2022; and (3) if he received a "favorable" opinion from the cardiologist, "he w[ould] request the U.S. District Court to dismiss [this] case." (Doc. 7).

On August 15, 2022, mail sent to Logue at his updated address of record was returned undelivered. (Doc. 8). Thus, on August 26, 2022, the Court entered an Order directing Logue to file a notice of his current mailing address, within thirty days, if he wished to proceed with this lawsuit. (Doc. 9). The Court warned Logue that his failure to comply with the Order would cause his Complaint to be dismissed without prejudice. *Id.* Logue has not complied with, or otherwise responded to, the August 26, 2022 Order, and the time for doing so has passed.[1] Likewise, he has not informed the Court whether he wishes to proceed with or to withdraw his Motion to Dismiss.

---

[1] The copy of the August 26 Order mailed by the Court to Plaintiff at his address of record was also returned undelivered. (Doc. 10). Under Local Rule 5.5(c)(2), it is Plaintiff's responsibility to promptly notify the Court of an address change. He has not done so

Accordingly, Logue's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (recognizing that district courts have the power to dismiss *sua sponte* under Rule 41(b)). Logue's "Motion to Dismiss" (Doc. 7) is DENIED as moot. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 28th day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE