UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CLARENCE R. LOGUE, JR.                                                                     PLAINTIFF

v.                                       No. 4:22-CV-00621-LPR

SUSAN POTTS, Jail Administrator,
Drew County Detention Facility, et al.                                                     DEFENDANTS

## JUDGMENT

Pursuant to the Order that was entered on September 28, 2022, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 28th day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE